**Dismiss and Opinion Filed August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00171-CV

### IN THE INTEREST OF E.G.F., R.A.F., AND K.F., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-01228**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief was due July 30, 2014. By postcard dated July 31, 2014, we informed appellant that the time for filing his brief had expired. We directed him to file both his brief as well as a motion to extend time to file the brief within ten days of the date of the postcard. We cautioned him that the failure to file a brief and extension motion within the time stated would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or an extension motion, nor has he otherwise corresponded with the Court regarding the status of his appeal.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

140171F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.G.F., R.A.F.,
AND K.F., CHILDREN

No. 05-14-00171-CV

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-01228.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee Theresa Christine Fonseca recover her costs, if any, of this appeal from appellant Eddie Medina.

Judgment entered August 19, 2014